UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe, Individually and on<br><br>Plaintiff(s),<br><br>v.<br><br>X Corp. and X.AI Corp.<br><br>Defendant(s). | Case No. 3:25-cv-07597<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, __Theron Hardee Bass, III__, an active member in good standing of the bar of __Florida__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __John Doe__ in the above-entitled action. My local co-counsel in this case is __Craig M. Peters__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __184018__.

| | |
|---|---|
| 2139 Palm Beach Lakes Blvd.<br>MY ADDRESS OF RECORD | 465 California Street, 5th Floor<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (561) 686-6300<br>MY TELEPHONE # OF RECORD | (415) 988-9828<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| thb@searcylaw.com; thbteam@searcylaw.com<br>MY EMAIL ADDRESS OF RECORD | cpeters@altairlaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __0011055 (Fla. B__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/8/2025                                                    Theron Hardee Bass, III
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Theron Hardee Bass, III   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  September 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )        In Re:  0011055
                                    Theron Hardee Bass III
                                    Searcy Denney Scarola Barnhart & 2139 Palm Beach Lakes Blvd
                                    West Palm Beach, FL 33409-6601

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 18, 2005**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  5th  day of **September, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-367227

