UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>X CORP., et al.,<br><br>        Defendants. | Case No. 25-cv-07597-TLT<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 7 |

On Saturday, September 6, 2025, Plaintiff John Doe ("Plaintiff") submitted his initial complaint against Defendants X, Corp., et al. ECF 1. Plaintiffs brought his claim against Defendant for the display and disclosure of Plaintiff's images on Defendant's online platforms in violation of Plaintiff's intellectual property rights, and for the display and disclosure of images in violation of 15 U.S.C. § 6851 which provides relief for minors who suffer the non-consensual disclosure of intimate images. *Id.* ¶ 1. Plaintiff seeks an order enjoining Defendants from displaying or disclosing images associated with Plaintiff and others he identifies as belonging to a class of individuals whose images are unlawfully displayed under 15 U.S.C. § 6851. *Id.* ¶ 2. The Court observes Plaintiff alleges that the unlawful disclosure of images belonging to the putative class has been ongoing since October 1, 2022—notably, around the same time Congress enacted 15 U.S.C. § 6851. ECF 7 at 3–4.

Plaintiff does not meet the requirements of Rule 65(b). *See* Fed. R. Civ. P. 65(b)(1) (requiring "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and written certification regarding "any efforts made to give notice and the reasons why it should not be required").

**I.     ORDER**

Plaintiff is ORDERED to provide notice of the complaint, the motion for temporary restraining order, and this Order to Defendants by September 10, 2025.  Defendants shall file a response to Plaintiff's motion by September 15, 2025, at 5:00 p.m. and show cause as to why a temporary restraining order should not issue. Plaintiff's reply shall be filed by September 18, 2025. The Court **SETS** a hearing on the motion for temporary restraining on Tuesday, September 22, 2025, at 11:00 a.m. in-person before Judge Thompson in Courtroom 9, 450 Golden Gate Ave., San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: September 9, 2025

_____
TRINA L. THOMPSON
United States District Judge

2