# EXHIBIT 1

# X Privacy Policy

## Effective until November 15, 2024

## Before you scroll, read this

[illegible]

**X is a public platform**

**We collect some data about you**

**Affiliate services may have their own policies**

**We use your data to make X better**

**You can control your experience**

**If you have questions about how we use data, just ask**

## 1. Information We Collect

[illegible]

## 2. How We Use Information

[illegible]

## 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

**3.1 When you post and share.**

**With the general public**. You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X, for example from search query results on Internet search engines.

**With other X users.** Depending on your settings, and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as likes, and people you follow.
- Content you send to a specific X user, such as through Direct Messages. Please keep in mind that if you've shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings, we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center. You can control whether X shares your personal information with these partners by using the "Data sharing with business partners" option in your Privacy & Safety settings. (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center article.)

**3.2 With third parties & third-party integrations.**

**With service providers.** We may share your information with our service providers that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content & integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings if you prefer that content not to play automatically.

**Through our APIs.** We use technology like APIs and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com.

**3.3 When required by law, to prevent harm, or in the public interest.**

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request;
- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;
- explain why we have removed content or accounts from our services (e.g., for a violation of Our Rules);
- address fraud, security, or technical issues; or
- protect our rights or property, or the rights or property of those who use our services.

**3.4 With our Affiliates.**

We may share information amongst our affiliates to provide our products and services.

**3.5 As a result of a change in ownership.**

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

## 4. How Long We Keep Information

We keep different types of information for different periods of time:

- We keep your profile information and content for the duration of your account.
- We generally keep other personally identifiable data we collect when you use our products and services for a maximum of 18 months.
- Remember public content can exist elsewhere even after you remove it from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility here.
- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (i.e., email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.
- We may keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons.

## 5. Take Control

**5.1 Access, Correction, Portability.**

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account settings.

- You can learn more about the information we have collected or inferred about you in Your X Data and request access to additional information here.
- You can download a copy of your information, such as your posts, by following the instructions here.

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

**5.2 Deleting your Information.**

If you follow the instructions here, your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.

**5.3 Objecting to, Restricting, or Withdrawing your Consent.**

You can manage your privacy settings and other account features here. If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you've adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space is recorded, or whether videos you upload are downloadable by others.

X adheres to the Digital Advertising Alliance Self-Regulatory Principles for Online Behavioral Advertising (also referred to as "interest-based advertising") and respects the DAA's consumer choice tool for you to opt out of interest-based advertising at https://optout.aboutads.info/.

**5.4 Authorized Agent Requests.**

To submit a request related to access, modification, or deletion of your information, or someone else's information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

## 6. Your Rights and Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

**6.1 We have specific legal bases to use your information.**

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we'd encourage you to check out this additional information about data processing. And no, we don't sell your personal information.

**6.2 We move your data to make X work for you.**

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it's what you expect from us.

We also use data centers and cloud providers, and engage our affiliates and third-party partners and service providers located in many parts of the world to help us provide our services. Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here. If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.

X is a participant in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here. As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS, and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here.

## 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf).

## 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

## 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.

## 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here. Information about our handling of "Consumer Health Data" and associated requests as defined under Washington State's My Health My Data Act and other similar state laws is available here.

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**1355 Market Street, Suite 900**
**San Francisco, CA 94103**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller is Twitter International Unlimited Company, with an address of:

**Twitter International Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

You can confidentially contact X's Data Protection Officer through our Data Protection Inquiry Form. If you wish to raise a concern about our data processing practices, you have the right to do so with your local supervisory authority or Twitter International Unlimited Company's lead supervisory authority, the Irish Data Protection Commission, using the contact details listed on their website.

**Effective:** September 29, 2023

View previous policies

# Take control of your privacy

Adjust your settings



© 2025 X Corp.

# X Privacy Policy

## Effective until July 28, 2025

## Before you scroll, read this

It's really hard to make everyone happy with a Privacy Policy. Most people who use X want something short and easy to understand. While we wish we could fit everything you need to know into a post, our regulators ask us to meet our legal obligations by describing them all in a lot of detail.

With that in mind, we've written our Privacy Policy as simply as possible to empower you to make informed decisions when you use X by making sure you understand and have control over the information we collect, how it's used, and when it's shared.

So if you skip reading every word of the Privacy Policy, at least know this:

### X is a public platform

Learn what's viewable & searchable

### We collect some data about you

Learn what we collect & how

### Affiliate services may have their own policies

Learn about affiliates

### We use your data to make X better

Learn how we make your info work

### You can control your experience

Learn how to update your settings

### If you have questions about how we use data, just ask

Learn how to contact us

Privacy Policy

1. Information We Collect
2. How We Use Information
3. Sharing Information
4. How Long We Keep Information
5. Take Control
6. Your Rights and Ours
7. X's Audience
8. Changes To This Privacy Policy
9. General
10. How To Contact X

## 1. Information We Collect

The information we collect when you use X falls into three categories.

**1.1 Information you provide us.**

To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

- **Personal Accounts.** If you create an account, you must provide us with some information so that we can provide our services to you. This includes a display name (for example, "Creators"); a username (for example, @XCreators); a password; an email address or phone number; a date of birth; your display language; and third-party single sign-in information (if you choose this sign-in method). You can also choose to share your location in your profile and posts, and to upload your address book to X to help find people you may know. Your profile information, which includes your display name and username, is always public, but you can use either your real name or a pseudonym. And remember, you can create multiple X accounts, for example, to express different parts of your identity, professional or otherwise.
- **Professional Accounts.** If you create a professional account, you also need to provide us with a professional category, and may provide us with other information, including street address, contact email address, and contact phone number, all of which will always be public.
- **Payment Information.** In order to purchase ads or other offerings provided as part of our paid products and services you will need to provide us payment information, including your credit or debit card number, card expiration date, CVV code, and billing address.
- **Preferences.** When you set your preferences using your settings, we collect that information so that we can respect your preferences.
- **Biometric Information.** Based on your consent, we may collect and use your biometric information for safety, security, and identification purposes.
- **Job Applications / Recommendations.** We may collect and use your personal information (such as your biographical information, employment history, educational history, employment preferences, skills and abilities, and job search activity and engagement, in addition to the information we already collect as disclosed in the "Information we collect when you use X" section of our Privacy Policy below) to recommend potential jobs to you, to share with potential employers when you apply for a job, to enable connections for professional opportunities, and to show you more relevant advertising.

**1.2 Information we collect when you use X.**

When you use our services, we collect information about how you use our products and services. We use that information to provide you with products and services, to help keep X more secure and respectful for everyone, and more relevant to you.

**Usage Information.** We collect information about your activity on X, including:

- Posts and other content you post (including the date, application, and version of X) and information about your broadcast activity (e.g., Spaces), including broadcasts you've created and when you created them, your lists, bookmarks, and Communities you are a part of.
- Your interactions with other users' content, such as reposts, likes, bookmarks, shares, downloads, replies, if other users mention or tag you in content or if you mention or tag them, and broadcasts you've participated in (including your viewing history, listening, commenting, speaking, and reacting).
- How you interact with others on the platform, such as people you follow and people who follow you, metadata related to Encrypted Messages, and when you use Direct Messages, including the contents of the messages, the recipients, and date and time of messages.
- If you communicate with us, such as through email, we will collect information about the communication and its content.
- We collect information on links you interact with across our services (including in our emails sent to you).

**Purchase and payments.** To allow you to make a payment or send money using X features or services, including through an intermediary, we may receive information about your transaction such as when it was made, when a subscription is set to expire or auto-renew, and amounts paid or received.

**Device Information.** We collect information from and about the devices you use to access X, including:

- Information about your connection, such as your IP address, browser type, and related information.
- Information about your device and its settings, such as device and advertising ID, operating system, carrier, language, memory, apps installed, and battery level.
- Your device address book, if you've chosen to share it with us.

**Location Information.** When you use X, we collect some information about your approximate location to provide the service you expect, including showing you relevant ads. You can also choose to share your current precise location or places where you've previously used X by enabling these settings in your account.

**Inferred Identity.** We may collect or receive information that we use to infer your identity as detailed below:

- When you sign into X on a browser or device, we will associate that browser or device with your account. Subject to your settings, we may also associate your account with browsers or devices other than those you use to sign into X (or associate your signed-out device or browser with other browsers or devices or X-generated identifiers).
- When you provide other information to X, including an email address or phone number, we associate that information with your X account. Subject to your settings, we may also use this information in order to infer other information about your identity, for example by associating your account with hashes of email addresses that share common components with the email address you have provided to X.
- When you access X and are not signed in, we may infer your identity based on the information we collect.

**Log Information.** We may receive information when you view content on or otherwise interact with our products and services, even if you have not created an account or are signed out, such as:

- IP address and related information; browser type and language; operating system; the referring webpage; access times; pages visited; location; your mobile carrier; device information (including device and application IDs); search terms and IDs (including those not submitted as queries); ads shown to you on X; X-generated identifiers; and identifiers associated with cookies. We also receive log information when you click on, view, or interact with links on our services, including when you install another application through X.

**Advertisements.** When you view or interact with ads we serve on or off X, we may collect information about those views or interactions (e.g., watching a video ad or preroll, clicking on an ad, interacting with reposts of or replies to an ad).

**Cookies and similar technologies.** Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our products and services such as searching and looking at public profiles. You can learn more about how we use cookies and similar technologies here.

**Interactions with our content on third-party sites.** When you view our content on third-party websites that integrate X content, such as embedded timelines or post buttons, we may receive log information that includes the web page you visited.

**1.3 Information we receive from third parties.**

When you use other online products and services, they may share information about that usage with us.

**Ad Partners, Developers, Publishers.** Our ad and business partners share information with us such as browser cookie IDs, X-generated identifiers, mobile device IDs, hashed user information like email addresses, demographic or interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you described elsewhere in this Privacy Policy.

**Other Third Parties, Account Connections, and Integrations.** We may receive information about you from third parties who are not our ad partners, such as other X users, developers, and partners who help us evaluate the safety and quality of content on our platform, our corporate affiliates, and other services you link to your X account. You may choose to connect your X account to your account on another service, and that other service may send us information about your account on that service.

## 2. How We Use Information

Breaking down how we use the information we collect is not simple because of the way the systems that bring our services to you work. For example, the same piece of information may be used differently for different purposes to ultimately deliver a single service. We think it's most useful to describe the five main ways we use information and if you have questions that are not answered, you can always contact us. Here we go:

**2.1 Operate, improve, and personalize our services.**

We use the information we collect to provide and operate X products and services. We also use the information we collect to improve and personalize our products and services so that you have a better experience on X, including by showing you more relevant content and ads, suggesting people and topics to follow, enabling and helping you discover affiliates, third-party apps, and services. We may use the information we collect and publicly available information to help train our machine learning or artificial intelligence models for the purposes outlined in this policy.

We may use the information we collect from accounts of other services that you choose to connect to your X account to provide you features like cross-posting or cross-service authentication, and to operate our services.

We use your contact information to help others find your account if your settings permit, including through third-party services and client applications.

We use your information to provide our advertising and sponsored content services subject to your settings, which helps make ads on X more relevant to you. We also use this information to measure the effectiveness of ads and to help recognize your devices to serve you ads on and off of X. Some of our ad partners also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you, as described elsewhere in our Privacy Policy.

**2.2 Foster safety and security.**

We use information we collect to provide for the safety and security of our users, our products, services, and your account. This includes verifying your identity, authenticating your account, and defending against fraud, unauthorized use, and illegal activity. We also use the information to evaluate and affect the safety and quality of content on X - this includes investigating and enforcing our policies and and terms, as well as applicable law.

**2.3 Measure, analyze and make our services better.**

We use the information we collect to measure and analyze the effectiveness of our products and services and to better understand how you use them in order to make them better.

**2.4 Communicate with you about our services.**

We use the information we collect to communicate with you about our products and services, including about product updates and changes to our policies and terms. If you're open to hearing from us, we may also send you marketing messages from time to time.

**2.5 Research.**

We use information you share with us, or that we collect to conduct research, surveys, product testing, and troubleshooting to help us operate and improve our products and services.

## 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

**3.1 When you post and share.**

**With the general public**. You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X: for example, from search query results on Internet search engines or videos downloaded and reshared elsewhere (depending on your settings).

**With other X users.** Depending on your settings, and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as replies, and people you follow.
- Content you send to a specific X user, such as through Direct Messages. Please keep in mind that if you've shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings, we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center. You can control whether X shares your personal information with these partners by using the "Data sharing with business partners" option in your Privacy & Safety settings. (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center article.)

**3.2 With third parties & third-party integrations.**

**With service providers.** We may share your information with our service providers that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content & integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings if you prefer that content not to play automatically.

**Third-party collaborators.** Depending on your settings, or if you decide to share your data, we may share or disclose your information with third parties. If you do not opt out, in some instances the recipients of the information may use it for their own independent purposes in addition to those stated in X's Privacy Policy, including, for example, to train their artificial intelligence models, whether generative or otherwise.

**Through our APIs.** We use technology like APIs and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com.

**3.3 When required by law, to prevent harm, or in the public interest.**

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request;
- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;
- explain why we have removed content or accounts from our services (e.g., for a violation of our Rules);
- address fraud, security, or technical issues; or
- protect our rights or property, or the rights or property of those who use our services.

We may also use different signals and your data to infer, preserve, use, share, or disclose your age and identity information in order to comply with regulatory requirements as well as for safety, security, fraud, know-your-customer, know-your-business, and identity verification, as the case may be. We may also share or disclose your age and identity information with our partners, service providers, and others for these purposes.

**3.4 With our Affiliates.**

We may share information amongst our affiliates to provide our products and services.

**3.5 As a result of a change in ownership.**

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

## 4. How Long We Keep Information

We keep different types of information for different periods of time, depending on how long we need to retain it in order to provide you with our products and services, to comply with our legal requirements and for safety and security reasons. For example:

- We keep your profile information, such as your display name, user name, password and email address for the duration of your account. We cannot provide you with our products and services without retaining this information.
- We keep your usage information, such as the content you post, your interactions with other users' content and how you interact with others on the platform for the duration of your account or until such content is removed.
- We keep your payment information, including your credit or debit card number and billing address for the duration you use our paid products and services. Records of transactions will be kept for longer, in accordance with applicable law.
- If you communicate with us, such as through email, we will keep information about the communication and its content for up to 18 months, unless it is necessary for us to retain it for a longer period to comply with our legal obligations or to exercise or defend our legal rights.
- We generally collect device information, location information, inferred identity information and log information using cookies. We keep cookies and information collected using cookies for up to 13 months. You can learn more about how we use cookies and similar technologies here.
- We keep information about your views or interactions with ads on or off X, as well as how you interact with our content on third-party sites for up to 90 days.
- We keep information shared by ad and business partners for up to 90 days.
- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (such as your email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.

We may need to keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons. For example:

- **To comply with a law, regulation, legal process or governmental request.** Including in order to adhere to a legally appropriate preservation request made by law enforcement. You can read more about law enforcement access here.
- **In connection with legal claims, litigation and regulatory matters.** Including where it is reasonably necessary to retain information relating to your account in order to defend X against legal claims.
- **To maintain the safety and security of our products and services.** Including where it is necessary to store your information longer in order to investigate and fight abuse on our products and services.

Remember public content can exist elsewhere even after it is removed from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility here.

## 5. Take Control

**5.1 Access, Correction, Portability.**

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account settings.

- You can learn more about the information we have collected or inferred about you in Your X Data and request access to additional information here.
- You can download a copy of your information, such as your posts, by following the instructions here.

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

**5.2 Deleting your Information.**

If you follow the instructions here, your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.

**5.3 Objecting to, Restricting, or Withdrawing your Consent.**

You can manage your privacy settings and other account features here. If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you've adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space is recorded, or whether videos you upload are downloadable by others.

**5.4 Authorized Agent Requests.**

To submit a request related to access, modification, or deletion of your information, or someone else's information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

## 6. Your Rights and Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

**6.1 We have specific legal bases to use your information.**

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we'd encourage you to check out this additional information about data processing. And no, we don't sell your personal information.

**6.2 We move your data to make X work for you.**

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it's what you expect from us.

We also use data centers and cloud providers, and engage our affiliates and third-party partners and service providers located in many parts of the world to help us provide our services. Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here. If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.

X is a participant in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here. As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS, and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here.

## 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). We do not knowingly collect personal information from children under 13. If you become aware that your child has provided us with personal information without your consent, please contact us here. If we become aware that a child under 13 has provided us with personal information, we take steps to remove such information and terminate the child's account. You can find additional resources for parents and teens here.

## 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

## 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.

## 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here. Information about our handling of "Consumer Health Data" and associated requests as defined under Washington State's My Health My Data Act and other similar state laws is available here. For Oregon residents, more information about our handling of personal information described in this Privacy Policy and associated requests and appeals under Oregon's Consumer Privacy Act (OCPA) is available here.

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**865 FM 1209, Building 2**
**Bastrop, TX 78602**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Internet Unlimited Company, with an address of:

**X Internet Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

If you live in Switzerland, you can also contact our appointed representative at the following address:

**X Switzerland GmbH**
**Attn: Data Protection Officer**
**c/o Wasag Treuhand AG**
**Normannenstrasse 8**
**Postfach 783**
**3018 Bern, SWITZERLAND**

If you wish to raise a concern about our data processing practices, you have the right to do so with your local supervisory authority or X Internet Unlimited Company's lead supervisory authority, the Irish Data Protection Commission, using the contact details listed on their website.

**Effective:** November 15, 2024

View previous policies

# Take control of your privacy

Adjust your settings

X platform

X Corp.

Help

Developer resources

Business resources

© 2025 X Corp.

English

# X Privacy Policy

Effective: July 28, 2025

## Before you scroll, read this

It’s really hard to make everyone happy with a Privacy Policy. Most people who use X want something short and easy to understand. While we wish we could fit everything you need to know into a post, our regulators ask us to meet our legal obligations by describing them all in a lot of detail.

With that in mind, we’ve written our Privacy Policy as simply as possible to empower you to make informed decisions when you use X by making sure you understand and have control over the information we collect, how it’s used, and when it’s shared.

So if you skip reading every word of the Privacy Policy, at least know this:

### X is a public platform

Learn what’s viewable & searchable

### We collect some data about you

Learn what we collect & how

### Affiliate services may have their own policies

Learn about affiliates

### We use your data to make X better

Learn how we make your info work

### You can control your experience

Learn how to update your settings

### If you have questions about how we use data, just ask

Learn how to contact us

Privacy Policy

1. Information We Collect
2. How We Use Information
3. Sharing Information
4. How Long We Keep Information
5. Take Control
6. Your Rights and Ours
7. X's Audience
8. Changes To This Privacy Policy
9. General
10. How To Contact X

## 1. Information We Collect

The information we collect when you use X falls into three categories.

**1.1 Information you provide us.**

To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

- **Personal Accounts.** If you create an account, you must provide us with some information so that we can provide our services to you. This includes a display name (for example, “Creators”); a username (for example, @XCreators); a password; an email address or phone number; a date of birth; your display language; and third-party single sign-in information (if you choose this sign-in method). You can also choose to share your location in your profile and posts, and to upload your address book to X to help find people you may know. Your profile information, which includes your display name and username, is always public, but you can use either your real name or a pseudonym. And remember, you can create multiple X accounts, for example, to express different parts of your identity, professional or otherwise.
- **Professional Accounts.** If you create a professional account, you also need to provide us with a professional category, and may provide us with other information, including street address, contact email address, and contact phone number, all of which will always be public.
- **Payment Information.** In order to purchase ads or other offerings provided as part of our paid products and services you will need to provide us payment information, including your credit or debit card number, card expiration date, CVV code, and billing address.
- **Preferences.** When you set your preferences using your settings, we collect that information so that we can respect your preferences.
- **Biometric Information.** Based on your consent, we may collect and use your biometric information for safety, security, and identification purposes.
- **Job Applications / Recommendations.** We may collect and use your personal information (such as your biographical information, employment history, educational history, employment preferences, skills and abilities, and job search activity and engagement, in addition to the information we already collect as disclosed in the “Information we collect when you use X” section of our Privacy Policy below) to recommend potential jobs to you, to share with potential employers when you apply for a job, to enable connections for professional opportunities, and to show you more relevant advertising.

**1.2 Information we collect when you use X.**

When you use our services, we collect information about how you use our products and services. We use that information to provide you with products and services, to help keep X more secure and respectful for everyone, and more relevant to you.

**Usage Information.** We collect information about your activity on X, including:

- Posts and other content you post (including the date, application, and version of X) and information about your broadcast activity (e.g., Spaces), including broadcasts you’ve created and when you created them, your lists, bookmarks, and Communities you are a part of.
- Your interactions with other users’ content, such as reposts, likes, bookmarks, shares, downloads, replies, if other users mention or tag you in content or if you mention or tag them, and broadcasts you’ve participated in (including your viewing history, listening, commenting, speaking, and reacting).
- How you interact with others on the platform, such as people you follow and people who follow you, metadata related to Encrypted Messages, and when you use Direct Messages, including the contents of the messages, the recipients, and date and time of messages.
- If you communicate with us, such as through email, we will collect information about the communication and its content.
- We collect information on links you interact with across our services (including in emails sent to you).

**Purchase and payments information.** X allows you to make payments through X, including for purchasing paid products and services. If you make payments, we collect information about the transaction, such as the payment instrument used, the amount, and the date and time.

**Device Information.** We collect information from and about the devices you use to access X, including:

- Information about your connection, such as your IP address and browser type.
- Information about your device and its settings, such as device and advertising ID, operating system, carrier, language, memory, apps installed, and battery level.
- Your device address book, if you’ve chosen to share it with us.

**Location Information.** When you use X, we collect some information about your approximate location to provide the service you expect, including showing you relevant ads. You can also choose to share your current precise location or places where you’ve previously used X by enabling these settings in your account.

**Inferred Identity.** We may infer information about you based on your activity on X and information we receive from third parties, including your interests and demographic characteristics.

**Log Information.** We may receive information when you view content on or otherwise interact with our products and services, even if you have not created an account, including:

- IP address, browser type, operating system, the referring web page, pages visited, location, your mobile carrier, device information (including device and application IDs), search terms (including those not submitted as queries), and cookie information.

**Advertisements.** When you use X, we collect information about your interactions with our ads, and with ads off X, such as whether you viewed or clicked on an ad.

**Cookies and similar technologies.** Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our services such as searching and looking at public profiles. You can learn more about how we use cookies and similar technologies here.

**Interactions with our content on third-party sites.** When you view our content on third-party websites that integrate X content such as embedded timelines or X buttons, we may receive Log Information that includes the web page you visited.

**1.3 Information we receive from third parties.**

When you use other online products and services, they may share information about that usage with us.

**Ad Partners, Developers, Publishers.** Our ad and business partners share information with us such as browser cookie IDs, X-generated identifiers, mobile device IDs, hashed user information like email addresses, demographic or interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you described elsewhere in our Privacy Policy.

**Other Third Parties, Account Connections, and Integrations.** We may receive information about you from third parties who are not our ad partners, such as others on X, partners who help us evaluate the safety and quality of content on our platform, our affiliates, and other services you link to your X account.

## 2. How We Use Information

Breaking down how we use the information we collect is not simple because of the way the systems that bring our services to you work. For example, the same piece of information may be used differently for different purposes to ultimately deliver a single service. We think it’s most useful to describe the five main areas we use information for and if you have questions that are not answered, you can always contact us.

**2.1 Operate, improve, and personalize our services.**

We use the information we collect to provide and operate X products and services. We also use the information we collect to improve and personalize our products and services so that you have a better experience on X, including by showing you more relevant content and ads, suggesting people and topics to follow, enabling and helping you discover affiliates, third-party apps, and services. We may use the information we collect and publicly available information to help train our machine learning or artificial intelligence models for the purposes outlined in this policy.

We use the information we collect from accounts of other services that you choose to connect to your X account to provide you features, like cross-posting or cross-platform sharing, and to improve our services.

We use information you provide to us when you apply for a job or otherwise use our job search services to provide those services.

We use your information to provide you advertising and sponsored content that helps support our business, using the information we collect and publicly available information. We also use information to measure the effectiveness of ads and to help recognize your devices to serve you ads on and off of X. Some of our ad partners or affiliates may use information we or they collect to provide and measure ads and sponsored content.

**2.2 Foster safety and security.**

We use information we collect to provide for the safety and security of our users, our products, services, and your account. This includes verifying your identity, authenticating your account, and defending against fraud, unauthorized use, and illegal activity. We also use the information to evaluate and affirmatively address the safety and security of our products and services, and ensure that X content is shared appropriately.

**2.3 Measure, analyze, and make our services better.**

We use the information we collect to measure and analyze the effectiveness of our products and services and to better understand how you use them in order to make them better.

**2.4 Communicate with you about our services.**

We use the information we collect to communicate with you about our products and services, including about product updates and changes to our policies and terms. If you’re open to hearing from us, we may also send you marketing messages from time to time.

**2.5 Research.**

We use information you share with us, or that we collect to conduct research, surveys, product testing, and troubleshooting to help us operate and improve our products and services.

## 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

**3.1 When you post and share.**

**With the general public**. You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X: for example, from search query results on Internet search engines or videos downloaded and reshared elsewhere (depending on your settings).

**With other X users.** Depending on your settings, and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as replies, and people you follow.
- Content you send to a specific X user, such as through Direct Messages. Please keep in mind that if you’ve shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings, we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center. You can control whether X shares your personal information with these partners by using the “Data sharing with business partners” option in your Privacy & Safety settings. (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center article.)

**3.2 With third parties & third-party integrations.**

**With service providers.** We may share your information with our service providers that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content & integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings if you prefer that content not to play automatically.

**Third-party collaborators.** Depending on your settings, or if you decide to share your data, we may share or disclose your information with third parties. If you do not opt out, in some instances the recipients of the information may use it for their own independent purposes in addition to those stated in X’s Privacy Policy, including, for example, to train their artificial intelligence models, whether generative or otherwise.

**Through our APIs.** We use technology like APIs and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com.

**3.3 When required by law, to prevent harm, or in the public interest.**

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request;
- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;
- explain why we have removed content or accounts from our services (e.g., for a violation of our Rules);
- address fraud, security, or technical issues; or
- protect our rights or property, or the rights or property of those who use our services.

We may also use different signals and your data to infer, preserve, use, share, or disclose your age and identity information in order to comply with regulatory requirements as well as for safety, security, fraud, know-your-customer, know-your-business, and identity verification, as the case may be. We may also share or disclose your age and identity information with our partners, service providers, and others for these purposes.

**3.4 With our Affiliates.**

We may share information amongst our affiliates to provide our products and services.

**3.5 As a result of a change in ownership.**

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

## 4. How Long We Keep Information

We keep different types of information for different periods of time, depending on how long we need to retain it in order to provide you with our products and services, to comply with our legal requirements and for safety and security reasons. For example:

- We keep your profile information, such as your display name, user name, password and email address for the duration of your account. We cannot provide you with our products and services without retaining this information.
- We keep your usage information, such as the content you post, your interactions with other users’ content and how you interact with others on the platform for the duration of your account or until such content is removed.
- We keep your payment information, including your credit or debit card number and billing address for the duration you use our paid products and services. Records of transactions will be kept for longer, in accordance with applicable law.
- If you communicate with us, such as through email, we will keep information about the communication and its content for up to 18 months, unless it is necessary for us to retain it for a longer period to comply with our legal obligations or to exercise or defend our legal rights.
- We generally collect device information, location information, inferred identity information and log information using cookies. We keep cookies and information collected using cookies for up to 13 months. You can learn more about how we use cookies and similar technologies here.
- We keep information about your views or interactions with ads on or off X, as well as how you interact with our content on third-party sites for up to 12 months.
- We keep information shared by ad and business partners for up to 12 months.
- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (such as your email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.

We may need to keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons. For example:

- **To comply with a law, regulation, legal process or governmental request.** Including in order to adhere to a legally appropriate preservation request made by law enforcement. You can read more about law enforcement access here.
- **In connection with legal claims, litigation and regulatory matters.** Including where it is reasonably necessary to retain information relating to your account in order to defend X against legal claims.
- **To maintain the safety and security of our products and services.** Including where it is necessary to store your information longer in order to investigate and fight abuse on our products and services.

Remember public content can exist elsewhere even after it is removed from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility here.

## 5. Take Control

**5.1 Access, Correction, Portability.**

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account settings.

- You can learn more about the information we have collected or inferred about you in Your X Data and request access to additional information here.
- You can download a copy of your information, such as your posts, by following the instructions here.

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

**5.2 Deleting your Information.**

If you follow the instructions here, your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.

**5.3 Objecting to, Restricting, or Withdrawing your Consent.**

You can manage your privacy settings and other account features here. If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you’ve adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space is recorded, or whether videos you upload are downloadable by others.

**5.4 Authorized Agent Requests.**

To submit a request related to access, modification, or deletion of your information, or someone else’s information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

## 6. Your Rights and Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

**6.1 We have specific legal bases to use your information.**

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we’d encourage you to check out this additional information about data processing. And no, we don’t sell your personal information.

**6.2 We move your data to make X work for you.**

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it’s what you expect from us.

We also use data centers and cloud providers, and engage our affiliates and third-party partners and service providers located in many parts of the world to help us provide our services. Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here. If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.

X is a participant in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here. As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS, and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here.

## 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). We do not knowingly collect personal information from children under 13. If you become aware that your child has provided us with personal information without your consent, please contact us here. If we become aware that a child under 13 has provided us with personal information, we take steps to remove such information and terminate the child’s account. You can find additional resources for parents and teens here.

## 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

## 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.

## 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here. Information about our handling of “Consumer Health Data” and associated requests as defined under Washington State’s My Health My Data Act and other similar state laws is available here. For Oregon residents, more information about our handling of personal information described in this Privacy Policy and associated requests and appeals under Oregon’s Consumer Privacy Act (OCPA) is available here.

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**865 FM 1209, Building 2**
**Bastrop, TX 78602**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Internet Unlimited Company, with an address of:

**X Internet Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

If you live in Switzerland, you can also contact our appointed representative at the following address:

**X Switzerland GmbH**
**Attn: Data Protection Officer**
**c/o Wasag Treuhand AG**
**Normannenstrasse 8**
**Postfach 783**
**3018 Bern, SWITZERLAND**

If you wish to raise a concern about our data processing practices, you have the right to do so with your local supervisory authority or X Internet Unlimited Company’s lead supervisory authority, the Irish Data Protection Commission, using the contact details listed on their website.

**Effective:** July 28, 2025

View previous policies

# Take control of your privacy

Adjust your settings

X platform | X Corp. | Help | Developer resources | Business resources

© 2025 X Corp.

English

# About Grok, Your Humorous AI Assistant on X

Welcome to the world of Grok on X, an AI assistant with a twist of humor and a dash of rebellion. X users have the ability to ask questions, get answers, and perform other tasks using Grok, an enhancement of X's functions. Grok is here to help you with your tasks while keeping you entertained and engaged. In this article, we explain what Grok is, how it works, and where you can find it.

## What is Grok and how does it work?

Grok is an AI assistant who helps complete tasks, like answering questions, solving problems, and brainstorming. Grok is available to X users and is powered by xAI's state-of-the-art large language model (LLM). Inspired by the Hitchhiker's Guide to the Galaxy and JARVIS from Iron Man, Grok is designed to answer almost any question with a touch of wit and humor, while also providing helpful and insightful responses. Grok has a rebellious streak and an outside perspective on humanity, making it a unique and entertaining companion. Grok utilizes next-token prediction model weights (models that predict the most likely word or symbol to follow a given text sequence) to know how to perform certain tasks.

## How was Grok trained?

Like most LLM's today, Grok was pre-trained by xAI on a variety of data from publicly available sources and data sets reviewed and curated by AI Tutors who are human reviewers. For further information, visit the xAI website.

## How does Grok use data?

**Provide Answers**

In responding to user queries via text or voice input, Grok has a unique feature that allows it to decide whether or not to search X public posts and conduct a real-time web search on the Internet. Grok's access to real-time public X posts allows Grok to respond to user queries with up-to-date information and insights on a wide range of topics.

**AI Model Training and Improvement**

X may share with xAI your public X data as well as your user interactions, inputs and results with Grok on X to train and fine-tune Grok and other generative AI models. Public X data refers to public posts, metadata associated with public posts (such as engagement and reposts), public Spaces, and public profiles (such as bio and display name). This also means that when you interact with Grok on X, whether via voice or text, your interactions, inputs and results may be used to train and improve the performance of those generative AI models developed by xAI.

This helps us continuously improve your experience. For example, this allows us to:

- Enhance Grok's understanding of human language and communication.
- Improve Grok's ability to provide accurate, relevant, and engaging responses.
- Develop Grok's sense of humor and wit to make interactions more enjoyable.
- Ensure Grok remains politically unbiased and provides balanced answers.

X users have the ability to control when they want their public data as well as their interactions, inputs and results with Grok on X to be used to train and fine-tune generative AI models, as described below. Please note that you additionally may also prevent your posts from being used for such fine-tuning and training by making your account private.

**Grok Personalization**

X may share your X data, for example, public profile, public posts, top posts, engagement, and your interests, including how you interact with Grok, what you input, and the results you receive, with xAI. If you interact using voice input, Grok will transcribe or translate your input, and such voice inputs, transcriptions or translations may be shared with xAI. This data helps us personalize your interactions with Grok, making them more relevant and engaging. This means Grok can better understand your preferences and the context, providing a more customized and effective AI assistant tailored just for you. You can control when you want your data to be used to personalize Grok and other AI models developed by xAI using your privacy settings, as described below.

## How do I control whether my data is used for Grok training and fine-tuning or personalization?

**How do I opt-out of model training?**

You have the flexibility to control how your public data as well as your interactions, inputs (including voice inputs and transcriptions and translations of the voice inputs) and results with Grok on X are used to train and fine-tune generative AI models developed by xAI. Below you can see how you can opt-out by managing your privacy setting at X.

- Using your X settings, Select **"Privacy & Safety"**
- Scroll to **"Data sharing and personalization"**
- Select **"Grok & Third-party Collaborators"**
- You will see **"Data Sharing"**
- Select or de-select the option **"Allow your public data as well as your interactions, inputs, and results with Grok and xAI to be used for training and fine-tuning."**

If you opt-out, you can still use Grok on the X platform, but your personal data will not be used to train or fine-tune Grok. This setting applies to AI model training and fine-tuning conducted by xAI.

Please also note that you can voluntarily submit feedback on a conversation even if you opt out of model training using, for example, the thumbs up and thumbs down buttons. If you provide such feedback, X and xAI may use that conversation and any such conversation related data to train and fine-tune Grok and improve your experience. If you prefer not to have your data used for these purposes, we recommend not submitting such feedback.

**How do I opt-out of Grok personalization?**

You have the flexibility to control how your data as well as your interactions, inputs and results with Grok on X are used to personalize your Grok experience. Below you can see how you can opt-out by managing your privacy setting at X.

- Using your X settings, Select **"Privacy & Safety"**
- Scroll to **"Data sharing and personalization"**
- Select **"Grok & Third-party Collaborators"**
- You will see **"Grok Personalization"**
- Select or de-select the option **"Allow X to personalize your experience with Grok"**

If you opt-out, you can still use Grok on the X platform, but your personal data will not be used to personalize your Grok experience.

**Can I delete my conversation history with Grok?**

You can delete all of your conversation history at once. Deleted conversations are removed from our systems within 30 days, unless we have to keep them for security or legal reasons.

- Using your X settings, Select **"Privacy & Safety"**
- Select **"Data sharing and personalization"**
- Select **"Grok"**
- You will see **"Delete Conversation History"**
- Confirm to **"Delete your interactions, inputs, and results"**

**How do I protect my posts and make my account private?**

Additionally, by making your account private, you ensure that your posts are not visible to everyone and you prevent your posts from being used to train Grok and xAI's underlying AI models or to be surfaced in response to user queries. Here's how you can activate this privacy setting:

- Using your X settings, Select **"Settings and privacy"**
- Select **"Privacy & Safety"**
- Select **"Audience and tagging"**
- Check the box next to **"Protect your posts"**

## What else should I be aware of?

This is an early version of Grok. It may confidently provide factually incorrect information, missummarize, or miss some context. We encourage you to independently verify any information you receive. Please do not share personal data or any sensitive and confidential information in your conversations with Grok. This applies to any information about yourself or others. Ensuring the privacy and protection of such data is crucial, so we advise against sharing it with Grok.

## Where can I find Grok?

Grok is currently available on X on iOS, Android, and web where X is available. To access Grok, follow these steps:

1. Visit x.com or open the X app on your iOS or Android device.
2. Access Grok by selecting the Grok icon in the navigation bar in the X app or website.
3. Start typing or start from a suggestion.

We hope you enjoy using Grok and that it helps you to stay informed and entertained. If you have any questions or need assistance, please contact us here.

## Does X or xAI sell my data?

No. We do not sell your data.

## How do I submit a data privacy request?

Please submit your request via Privacy Policy Inquiries.

## Countries where Grok is available

Grok is available in all countries where X is available.

---

## Share this article

Post



**Did someone say … cookies?**

X and its partners use cookies to provide you with a better, safer and faster service and to support our business. Some cookies are necessary to use our services, improve our services, and make sure they work properly. Show more about your choices.

Accept all cookies

Refuse non-essential cookies

1. About xAI and Grok
2. Personal information…
3. How we may use…
4. How we may disclos…
5. Retention of personal…
6. Security of personal…
7. Links to other…
8. Children under the…
9. Privacy rights and…
10. Changes to this…
11. Child safety issues
12. How to contact us…


# xAI Privacy Policy

*Effective: July 10, 2025*

At X.AI LLC ("**xAI**", "**our**", "**us**" or "**we**"), we value your privacy and are committed to being fair, accountable, and transparent in how we handle your personal information. Our Privacy Policy outlines how we collect, use, and disclose your personal information when you use our websites and applications (the Grok mobile app (iOS or Android) or the Grok.com website), and other xAI services (our "**Service**"). It also describes your privacy rights.

This Privacy Policy does not apply to data that we process on behalf of customers of our business offerings, such as the xAI API, or to any employment-related personal information processed in consideration of employment with xAI. This Privacy Policy also does not apply if you access our Service through a third-party's service. In that case, the third-party's privacy policy would apply. For example, your use of X (previously Twitter), including use of Grok on the X platform, is governed by the X Privacy Policy and X Terms, not this xAI Privacy Policy.

For individuals in the European Economic Area, United Kingdom, and Switzerland (collectively, "Europe"), for Europe-specific additional information not already discussed on this page, please see xAI's Europe Privacy Policy Addendum.

## 1. About xAI and Grok

xAI is a US-based company working on building artificial intelligence tools to accelerate human scientific discovery. We are guided by our mission to advance our collective understanding of the universe. As part of our mission, we have developed "Grok," a conversational generative AI powered by xAI's large language models. More information about xAI's development and training of Grok and data controls is available in our Consumer FAQs, Enterprise FAQs, and xAI website. Please note that xAI is a separate company from X Corp. ("X", previously Twitter).

## 2. Personal information we collect (Notice at collection)

**We ask that you do NOT include personal information in your prompts and inputs into our Service; however, we cannot control what you provide to us.**

We may collect personal information from you and about you. Some examples of the information we may collect, how we may collect it, how we may use it, and how we may disclose it are described below.

- **Account Data:** If you create an account with us, we collect your name, contact information, account credentials, and date of birth. Also, to access certain features of the Service, we will collect your date of birth before you may proceed. If you log into our Service using a third-party service, such as X, Google, or Apple, that third-party will send your information to us at your direction. For example, if you use your existing X credentials to log into an xAI mobile app or website, you may choose to direct X to share the following information with us: your X public profile (including profile image), X username, numeric X ID, your date of birth, whether you are subscribed to X Premium, and your Grok on X conversation history.
  - How we may collect it: Directly from you or from a third-party (ex., X, Google, or Apple).
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to communicate with you; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; to our related companies; and to third-parties with which you interact or share information.
- **Payment Data:** Where payment is required to access the Service (ex., if you are paying for a subscription), we may have a third-party process payment information, such as payment card information, and details regarding your transactions for us.
  - How we may collect it: Through a third-party processor (ex., Apple App Store, Google Play Store, or Stripe).
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, and for legal purposes.
- **Communication Data:** If you communicate with us, such as by email, by our webpages, or on social media sites, we may collect personal information that you submit to us including your name, user name, email address, any other information you voluntarily choose to provide us, and the contents of messages you send.
  - How we may collect it: Directly from you.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to communicate with you; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies.
- **User Content:** You may provide personal information in prompts and other content you input, such as files, images, audio, voice, video, and other material ("Input"). Outputs of the Service ("Output"), including responses Grok generates, are based on your Input (together, "User Content"). If you include personal information in Inputs you provide to the Service, this information may be reproduced in the Output.
  - How we may collect it: Directly from you.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies.
- **Feedback Data:** Where applicable, we will collect your Feedback (as defined in our Terms of Service). This might arise if, for example, in a given conversation with Grok, you rate an Output using the thumbs-up/thumbs-down icons.
  - How we may collect it: Directly from you.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies.
- **Social Media Information:** We have pages on social media sites like Instagram, Facebook, Medium, X, YouTube, and LinkedIn. When you interact with our social media pages, we collect personal information that you choose to provide to us. In addition, the companies that host our social media pages may provide us with aggregate information and analytics about our social media activity.
  - How we may collect it: Directly from you or from companies that host our social media pages.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to communicate with you; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; to our related companies; and to third-parties with which you interact or share information.
- **Technical Data:** Technical data includes information such as your IP address, device type, country from which you access, analytics information, browser type and version, browser plug-in types and versions, and operating system. This may also include information about your use of the Service and how you interact with the Service, including the types of content you view or engage with, the features you use, pages you view and your Grok conversation history.
  - How we may collect it: Automatically when you use or interact with the Service, including through analytics tools.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to communicate with you; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies.
- **Location data:** We may determine the general area from which your device accesses our Services based on information like its IP address. Also, you may choose to provide more precise location information, such as your address, your device's GPS location, or location information from third-party services that you use. We obtain your consent prior to collecting precise location information.
  - How we may collect it: Directly from you or from third-party services that you use.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to communicate with you; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; to our related companies; and to third-parties with which you interact or share information.
- **Publicly Available Data:** We use information that is publicly available on the internet to train our models and provide resulting Output. While we do not intentionally seek out personal information, we understand that there is personal information incidentally included in these datasets. For more information on the sources of information used in the development and operation of our large language models, see our Consumer FAQs.
  - How we may collect it: From publicly available resources and providers.
  - How we may use it: To provide, analyze, and maintain our Service; to develop and improve our Service and to conduct research; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies.
- **Public X Posts and Internet Search Data:** The Service uses public posts shared on X, engagement data such as number of followers, and number of views, likes, reposts, shares, and replies and internet search results. In some instances, this data may include personal information.
  - How we may collect it: Public X posts are provided by X and internet search data is provided by internet search providers.
  - How we may use it: To provide, analyze, and maintain our Service; to provide support and assistance in relation to our Service; to develop and improve our Service and to conduct research; to ensure the security and integrity of our Service; for legal purposes.
  - How we may disclose it: To our contracted service providers; in connection with business transfers, for legal purposes; and to our related companies
- **Cookies and Similar Technologies**: We and our service providers use cookies and other similar technologies to operate and improve our Services. Cookies help us to recognize you, customize or personalize your experience, analyze the use of our Services to make it safer and more useful to you. For details about our use of cookies, please read our Cookie Policy.

We do not aim to collect sensitive personal information (ex., information related to racial or ethnic origin, political opinions, religion or other beliefs, health, biometric scans, criminal background, or trade union membership) and ask that you do not provide us with any such information. In addition, in relation to Grok's training, xAI does not process training data for the purposes of inferring or deriving any sensitive or special category data about individuals, and we do not actively seek out data sources that include sensitive or special category data.

## 3. How we may use personal information

We may use your personal information for a variety of purposes. Below, you will find examples and additional information regarding how we may use your personal information.

- To provide, analyze, and maintain our Service: For example, to respond to your Inputs (including when you type text prompts or when you give spoken prompts) to Grok or to process payments for subscriptions to our Service.
- To provide support and assistance in relation to our Service: For example, to troubleshoot problems and to provide customer support.
- To develop and improve our Service and to conduct research: For example to develop new product features, to train our models, to identify usage trends, to operate and expand our business activities, to identify new customers, and for data analysis.
- To communicate with you: For example, to send you information about our Service, events, or changes to the Service. This may include sending you non-promotional emails, such as emails about your Grok access, legally required notices, or our ongoing business relations.
- To ensure the security and integrity of our Service: For example, to protect the security of our Services and to detect and prevent fraud, unauthorized use, unlawful activity, and other misuses of our Service.
- For legal purposes: For example, to comply with our legal obligations and to protect the rights, privacy, safety, or property of our users, xAI, or third-parties. This may include detecting what country you are located in so we can comply with relevant legal obligations.

We may aggregate, pseudoanonymize, or de-identify your information so that it no longer identifies you and use this information for the purposes described above, such as to analyze the way our Service is being used, to improve and add features to them, and to conduct research. We will maintain and use pseudoanonymized or de-identified information in pseudoanonymized or de-identified form and will not attempt to reidentify the information, unless required by law.

**We do not sell your personal information or use it for marketing:** We do not sell personal information or share personal information for targeted or cross-contextual advertising purposes. We do not collect and use your personal information for marketing purposes and do not share your personal information with third-parties for the purpose of marketing.

## 4. How we may disclose personal information

We may disclose your personal information to others. Below, you will find examples and additional information regarding how we may disclose your personal information.

- To our contracted service providers: To assist in providing the Service to you or performing business operations, we provide your personal information to service providers including providers of hosting, cloud, analytics, content delivery, support and safety monitoring, payment and transaction, and other technology services, for the purposes described above.
- In connection with business transfers: In connection with or during negotiation of any merger, financing, acquisition, bankruptcy, dissolution, transaction, or proceeding involving sale, transfer, divestiture, or disclosure of all or a portion of our business or assets to another company. If required by applicable laws, we will use reasonable efforts to notify you of any transfer of personal information to an unaffiliated third-party.
- For legal purposes: To (i) comply with laws or to respond to lawful requests and legal process, (ii) protect the rights and property of xAI and our agents, customers, and others, including to enforce our agreements, policies, and terms of service, (iii) to protect against legal liability, or (iv) to protect the personal safety of xAI, its customers, or any person.
- To our related companies: To our related companies to the extent such sharing is necessary to fulfill a request you have submitted via our Service or for customer management, customer support, technical operations, or the purposes described above.
- To third-parties with which you interact or share information: Certain features may allow you to share information with third-parties, such as through the X platform. Information you share with third-parties is governed by that third-party's terms and policies.

## 5. Retention of personal information

We retain your personal information where we have an ongoing legitimate business need to do so. In certain circumstances, we will retain your information for legal reasons after our contractual relationship has ended. The specific retention periods depend on the nature of the information and why it is collected and processed and the nature of the legal requirement. For example, we may retain your personal information:

- When we have a legal obligation to do so (e.g., if we receive a court order, we would retain your information for longer than our usual retention periods);
- To address and resolve requests and complaints (e.g., if there is an ongoing complaint about you);
- To protect the safety, security, and integrity of our business and the Service, as well as to protect our rights and property and those of others (e.g., if we detect misuse of our Service or otherwise detect unusual activity on your account or in your interactions with us); and
- For litigation, regulatory or other legal matters (e.g., we would retain your information if there was an ongoing legal claim and the information was relevant to the claim).

The length of time we retain data may depend on the features or settings you use. For example, when Private Chat is turned on, conversations will not appear in your conversation history and your conversations will be deleted from xAI systems within 30 days unless it is necessary that they be kept longer for legal, compliance, or safety purposes. Further, if you choose to delete any or all of your conversations or if you choose to delete your account, we will delete the data within 30 days unless it is necessary to retain the data for legal, compliance, or safety purposes.

## 6. Security of personal information

xAI implements commercially reasonable technical, administrative, and organizational measures designed to protect personal information from loss, misuse, and unauthorized access, disclosure, alteration, or destruction. However, no security measure or method of data transmission over the internet is 100% secure. In addition, you are solely responsible for protecting your log-in and password, limiting access to your devices, and signing out of websites and accounts after your sessions.

## 7. Links to other websites

Our Service may contain links to external websites or social media platforms that are not operated by us. Third-party websites and services have their own terms and conditions and privacy policies, and you should read these carefully before you submit any personal information to them.

## 8. Children under the age of 13

As noted in the Terms of Service, our Service is not directed at children or minors under the age of 13 and we do not knowingly collect any personal information from them. While we have taken measures to limit undesirable training data and outputs, Grok could produce output that is not appropriate for all ages. Parents of teenagers between the ages of 13 and 17 years old must agree to the Terms of Service and are urged to exercise care in monitoring the use of this Service by their teenagers. Depending on how a user interacts with the Service, including which modes the user purposely selects, the Service may have content such as some suggestive dialogue, coarse language, crude humor, sexual situations, or violence.
If you are a child under the age of 13, please do not attempt to register for or otherwise use our Service. Please contact us here if you are aware that we may have inadvertently collected personal information from a child under the age of 13.

## 9. Privacy rights and choices

Depending on where you are located and subject to applicable legal exceptions, you may have certain rights in relation to your personal information. For information on the privacy rights that may be available to you under European privacy laws, please review xAI's Europe Privacy Policy Addendum.

- You may have the right to request to access, correct, update or delete your personal information, subject to certain applicable legal exceptions.
  Please note that we cannot guarantee the factual accuracy of Output from our models. If Output contains factually inaccurate personal information relating to you, you can submit a correction request and we will make reasonable efforts to correct this information — but due to the technical complexity of our models, it may not be feasible for us to do so.
- If we have collected and processed your personal information with your consent, then you can withdraw your consent at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your personal information conducted in reliance on lawful processing grounds other than consent.
- The right to submit certain privacy requests through an Authorized Agent.
- The right to be free from discrimination for exercising the rights afforded to you under applicable privacy laws.
- The right to appeal a decision we make about your rights request.

Exercising your rights: Some of these rights may be exercised in the xAI Service but for others you will need to submit a request at https://xai-privacy.relyance.ai/ and include your full legal name, email address, and city, state/province, and country of residence. Once you have submitted your request, we will respond within the time frame permitted by applicable privacy laws.

Please note, however, that your personal information may be exempt from such requests in certain circumstances, for example if we need to keep using your information to comply with our own legal obligations or to establish, exercise or defend legal claims. If an exception applies, we will inform you when responding to your request.

Verification: In order to protect your personal information, your ability to exercise some of the rights detailed in this Privacy Policy may be subject to your ability to verify that you are the person about whom your request pertains. For example, we may require you to verify your identity by validating your account credentials or submitting additional information to allow us to verify your identity.

Authorized Agents: To exercise your rights using an Authorized Agent (as defined under applicable law), you must provide your Authorized Agent with written permission to exercise your rights on your behalf, and we may request a copy of this written permission from your Authorized Agent when they make a request on your behalf. We reserve the right to deny a request from an Authorized Agent that does not submit proof that they have been authorized by you to act on your behalf.

Appeals: If we refuse to take action on a request within a reasonable period of time after receiving your request, you may appeal our decision via https://xai-privacy.relyance.ai/. In such an appeal, you must (1) provide sufficient information to allow us to verify that you are the person about whom the original request pertains and to identify the original request, and (2) provide a description of the basis of your appeal. Please note that your appeal will be subject to your rights and obligations afforded to you under applicable law. We respond to all appeal requests as soon as we reasonably can, and no later than legally required.

For more information on your rights with respect to data we use to train our models, please read our Consumer FAQs.

Do Not Track: Please note that because the effect of "Do Not Track" signals remains unclear, and because there continues to be no consistent industry understanding of how to respond to such a signal, we do not alter our privacy practices when we detect a "Do Not Track" signal from your browser.

## 10. Changes to this Privacy Policy

We may update our Privacy Policy from time to time. When we do, we will publish an updated version and effective date on this page, unless another type of notice is required by applicable law. If you use the Service after any changes to the Privacy Policy have been posted, all of the changes made will apply to your use of the Service.

## 11. Child safety issues

To report child safety issues to us, please contact us here.
Residents of Australia can find resources regarding child safety and reporting here.

## 12. How to contact us about privacy requests

If you have any queries or complaints about our collection, use, or storage of your personal information, or if you wish to exercise any of your rights in relation to your personal information, please contact us at https://xai-privacy.relyance.ai/ or by the following contact details:

- For the fastest response for world-wide requests and in the USA: x.AI LLC, https://xai-privacy.relyance.ai/

**Other contacts for privacy requests:**

- In the UK: Lionheart Squared Limited, FAO x.ai, 17 Glasshouse Studios, Fryern Court Road, Fordingbridge, Hampshire, SP6 1QX United Kingdom xai@lionheartsquared.co.uk
- In the EU: Lionheart Squared (Europe) Ltd, FAO x.ai, 2 Pembroke House, Upper Pembroke Street 28-32, Dublin, D02 EK84, Republic of Ireland xai@lionheartsquared.eu
- In Switzerland: Lionheart Squared Switzerland SarL, FAO x.ai, Blvd George Favon 43, CH-1204 Geneva, Switzerland xai@lionheartsquared.ch
- You can contact our Data Protection Officer: Taceo Limited, Riverbank House, 2 Swan Lane, London EC4R 3T dpo@taceo.co.uk