**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Derek L. Shaffer (Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW
Washington, D.C. 20005
Telephone:    (202) 538 8000
Facsimile:    (213) 538 8100

  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Dylan C. Bonfigli (Bar No. 317185)
  dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

Attorneys for Defendants X Corp. and xAI Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>    v.<br><br>    X CORP. et al.,<br><br>                    Defendants. | Case No. 3:25-cv-07597-TLT<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict, financial or otherwise, that the Court may have with the parties to the litigation.  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or party that could be substantially affected by the outcome of this proceeding:  X Holdings Corp., which is the parent corporation of Defendant X Corp.; and X.AI Holdings Corp., which is the parent corporation of Defendant X.AI Corp. and of X Holdings Corp. (and therefore the grandparent corporation of Defendant X Corp.).

Dated:  September 24, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Derek L. Shaffer*
Derek L. Shaffer
Shon Morgan
Dylan C. Bonfigli

*Attorneys for Defendants X Corp. and xAI Corp.*

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES