**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek L. Shaffer (Bar No. 212746)
derekshaffer@quinnemanuel.com
1300 I Street NW
Washington, D.C. 20005
Telephone: (202) 538 8000
Facsimile: (213) 538 8100

Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Defendants X Corp. and xAI Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>X CORP. et al.,<br><br>Defendants. | Case No. 3:25-cv-07597-TLT<br><br>**DECLARATION OF MEGAN SCOLARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF TEXAS**<br><br>Date: November 4, 2025<br>Time: 2:00 p.m.<br>Judge: Honorable Trina L. Thompson |

**DECLARATION OF MEGAN SCOLARI**

I, Megan Scolari, declare as follows:

1. I am a Legal Program Manager at X Corp. I have held this position since September 9, 2019. I make this declaration in support of Defendant's Motion to Transfer. I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. My duties and responsibilities in my role as a Legal Program Manager include managing electronic information created and stored in a variety of software systems X Corp. uses in the normal course of its business. As part of my current role, I am regularly involved in assisting in the collection of evidence about aspects of services across the company's platforms and have become familiar with how the services have been delivered over time.

3. The statements in this declaration are based on my personal knowledge, facts learned during my investigation of this matter, and the business records of X Corp. The business records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of X Corp., and making such records is a regular practice of those activities.

4. I received legal advice in connection with preparing this declaration, but this declaration is not intended to waive the attorney-client privilege or to disclose any attorney work product. Rather, it is intended to address purely factual matters that are relevant to the Motion to Transfer.

5. I am familiar with X's Corp.'s Terms of Service ("Terms") for its social media platform X, sometimes called "Twitter," and the procedures by which users agree to the Terms, including updates to the Terms and notifications to users informing them of updates to the Terms.

6. Since Twitter was launched in 2006, X Corp. or its predecessor-in-interest, Twitter, Inc., have revised the Terms several times. The current version of the Terms (version 20) is publicly available at https://x.com/en/tos. All prior versions of the Terms (versions 1-19) are publicly available at https://x.com/en/tos/previous.

7. At all relevant times, X's operative Terms have been prominently linked via blue hyperlinks on X's home page, between the links that allow users to sign up for the X platform, and the link that allows current users to log in to their accounts, as reflected in the below screenshot:




8. The current version of the Terms (version 20) provides:

> The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. All disputes related to these Terms or the Services, including without limitation disputes related to or arising from other users' and third parties' use of the Services and any Content made available by other users and third parties on the Services, will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum.

9. The current version of the Terms (version 20) also provides:

> These Terms of Service ("Terms") govern your and other users' access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and

> any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

10. The current version of the Terms (version 20) further provides that, "By continuing to access or use the Services after [] revisions become effective, you agree to be bound by the revised Terms."

11. A true and correct copy of the current version of the Terms (eff. Nov. 15, 2024) is attached as **Exhibit A**.

12. A true and correct copy of version 19 of the Terms (eff. Sep. 29, 2023, to Nov. 14, 2024) is attached as **Exhibit B**.

13. The current version of the Terms (version 20) was published on October 16, 2024, and went into effect on November 15, 2024. During that time period, X displayed a banner across the top and middle of the x.com/tos pages, distinguishing the newly published Terms (version 20) from the then-current version of the Terms (version 19). Several media outlets covered X's update to the Terms.[1]

14. The current Terms and prior versions, including version 19, state that X may revise the Terms and that "[b]y continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms." That is, continued use of X after an update of the Terms constitutes agreement to the revised Terms.

15. I have reviewed the Complaint in this matter (ECF No. 1) along with information relating to the X account for Plaintiff John Doe. Plaintiff has accessed his X account after X updated its Terms on November 15, 2024. Specifically, Plaintiff has accessed his X account at least as recently as September 22, 2025. By using X after the current version of the Terms (version 20) went into effect, Plaintiff agreed to the current version of the Terms (version 20).

---

[1] *See, e.g.*, https://www.cnbc.com/2024/11/22/why-x-new-terms-of-service-driving-some-users-to-leave-elon-musk-platform.html; https://mashable.com/article/twitter-x-terms-service; https://www.cnn.com/2024/10/21/tech/x-twitter-terms-of-service; https://techcrunch.com/2024/10/17/elon-musks-x-is-changing-its-privacy-policy-to-allow-third-parties-to-train-ai-on-your-posts/; https://www.socialmediatoday.com/news/x-formerly-twitter-updates-terms-service/730223/.

16. In April of 2024, X executed a commercial lease on property located in Bastrop Texas. The property's address is 865 FM 1209 Building 2, Bastrop, Texas.

17. In mid-July 2024, X's majority owner, Mr. Musk, announced his intention to relocate X's corporate headquarters from California to Texas.

18. On or about August 26, 2024, X filed a formal change of address form for its headquarters with the U.S. Postal Service, listing its new address as 865 FM 1209 Building 2 in Bastrop, Texas.

19. On September 13, 2024, X closed the office that had previously served as its headquarters, located at 1355 Market Street, Suite 900, in San Francisco, California. All X employees who previously worked out of that office (other than a small number of building security personnel and other non-executive functions) have transferred to other locations or are working remotely.

20. Beginning in July 2024, X began the process of changing its corporate address on all company policies, terms of service, and third-party agreements, including those governing the use of the X platform. X has now posted revised versions of several of its corporate policies and third-party agreements, including its Master License Agreement, Developer Agreement, and Developer Terms and Policy page. All of these documents now list X's corporate address as 865 FM 1209 Building 2 in Bastrop, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2025

By: Megan Scolari
Megan Scolari (Sep 24, 2025 15:51:17 PDT)

Megan Scolari

## ATTESTATION

I, Derek L. Shaffer, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Megan Scolari has concurred in the aforementioned filing.

Executed on September 24, 2025.

*/s/ Derek L. Shaffer*
Derek L. Shaffer

**Signature:** Megan Scolari
Megan Scolari (Sep 24, 2025 15:51:17 PDT)

**Email:** mscolari@x.com

**Title:** Legal Program Manager

**Company:** X Corp.