UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>X CORP. et al.,<br><br>              Defendants. | Case No. 3:25-cv-07597-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF TEXAS**<br><br>Date:   November 4, 2025<br>Time:  2:00 p.m.<br>Judge: Honorable Trina L. Thompson |

**[PROPOSED] ORDER**

Based on the Motion to Transfer of Defendants X Corp. and xAI Corp., and all papers and argument in support thereof and in opposition thereto, the Court hereby ORDERS as follows:

1. Defendants' Motion to Transfer is GRANTED;

2. This action is hereby TRANSFERRED to the U.S. District Court for the Northern District of Texas;

3. The Clerk of the Court is directed to effectuate the transfer forthwith and to close this case in this District.

**IT IS SO ORDERED.**

Dated:

By: _____
Hon. Trina L. Thompson