1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    JOHN DOE,                                 Case No.  25-cv-07597-TLT
8                    Plaintiff,
9         v.                                   **QUESTIONS FOR THE HEARING**
10   X CORP., et al.,                          Re: Dkt. No. 7
11                    Defendants.
12
13
## I.    SECTION 230

A.    **<u>To Defendants</u>:** Congress enacted § 230 to protect internet-based publishers of third-party content from liability.  *See* 47 U.S.C. § 230.  In applying § 230, the Ninth Circuit has distinguished between a "publisher" who "reviews material submitted for publication, perhaps edits it for style or technical fluency, and then decides whether to publish it" and an "information content provider" who "is responsible, in whole or in part, for the creation or development of information provided."  *Doe. v. Twitter, Inc., et al*, No. 24-177, slip op. at 6 (9th Cir. Aug. 1, 2025).  § 230 immunity applies to the former, not the latter.  *Id.* at 7.

   i.    Discuss whether xAI is responsible, in whole or in part, for creating or developing information?

   ii.   How would you describe the function xAI performs with respect to Plaintiff's content?

a.  If prompted, does xAI recreate Plaintiff's content? Does xAI repost Plaintiff's content? Is xAI trained with Plaintiff's content?

iii.  What is the implication of xAI being exempt from § 230 immunity regarding Plaintiff's claims?   Please use binding or persuasive authority to support your position.

## II.    PURPOSE OF 15 U.S.C. § 6851

A.    **To Both Parties:** What was Congress's intent in enacting the Violence Against Women Reauthorization Act of 2022 (**15 U.S.C. § 6851)?**

i.  What is the type of harm Congress intended to provide a remedy for?

ii.  Describe how Plaintiff's alleged injury does or does not accord with the type of harm Congress sought to prevent.

iii.  Please use binding and/or persuasive authority to support your position.

B.    **To Plaintiff:** Plaintiff seeks to represent the following class:

All persons whose intimate visual depiction and/or sexually explicit conduct, as defined in the NCII Statute, was disclosed, as defined in the NCII Statute, by X (formerly Twitter) or xAI without consent, where such disclosure was made by X or xAI with knowledge that there was no consent or with a reckless disregard as to whether there was a lack of consent to such disclosure, from October 1, 2022 to the present.

i.  This class includes minors and individuals whose images were not used for commercial purposes. Please describe how Plaintiff is similarly situated to those he seeks to represent.

ii.  Please include binding and/or persuasive authority to support your position.

The parties are ***ordered*** to respond in writing by **October 10, 2025**.  Should the Court find venue is proper in this district, answers to the questions above will aid the Court in providing a

1   timely ruling on Plaintiff's pending motion.

2          After reviewing the parties briefing on the question of venue, the Court will provide

3   additional questions on that topic by October 17, 2025.

4          The Court will resolve all further scheduling matters at the next court date and during the

5   case management conference.

6          IT IS SO ORDERED.

7   Dated:  September 30, 2025

8                                                        TRINA L. THOMPSON
                                                         United States District Judge
9