**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Derek L. Shaffer (Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW
Washington, D.C. 20005
Telephone:    (202) 538 8000
Facsimile:    (213) 538 8100

  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Dylan C. Bonfigli (Bar No. 317185)
  dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

Attorneys for Defendants X Corp. and xAI Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 3:25-cv-07597-TLT |
| Plaintiff, | **DECLARATION OF JOLIE PERLA IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF TEXAS** |
| v. | |
| X CORP. et al., | |
| Defendants. | Date:    November 4, 2025<br>Time:    2:00 p.m.<br>Judge:   Honorable Trina L. Thompson |

Case No. 3:25-cv-07597-TLT
DECLARATION OF JOLIE PERLA

**DECLARATION OF JOLIE PERLA**

I, Jolie Perla, declare as follows:

1. I am a senior associate on the Law Enforcement Response Team at X Corp. I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. I have reviewed X Corp.'s records regarding Plaintiff John Doe's X account. As of October 9, 2025, at 8:47 a.m., Plaintiff last accessed his X account on October 4, 2025, and Plaintiff last posted to X on October 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 13, 2025

By: *Jolie Perla*
Jolie Perla (Oct 13, 2025 11:13:20 PDT)
Jolie Perla

**ATTESTATION**

I, Derek L. Shaffer, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jolie Perla has concurred in the aforementioned filing.

Executed on October 15, 2025.

 /s/ Derek L. Shaffer
Derek L. Shaffer