CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
**ALTAIR LAW LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Phone: (415) 988-9828
Email: cpeters@altairlaw.com; tguedikian@altairlaw.com
Email: jcloyd@altairlaw.com
(*Co-Counsel/Local Counsel*)

ROSALYN SIA BAKER-BARNES (Admitted *Pro Hac Vice*)
THERON HARDEE BASS, III (Admitted *Pro Hac Vice*)
JOHN SCAROLA (Admitted *Pro Hac Vice*)
FORREST GREGORY BARNHART (Admitted *Pro Hac Vice*)
**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.**
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Email: rsb@searcylaw.com; _baker-barnesteam@searcylaw.com; eleonard@searcylaw.com
Email: thb@searcylaw.com; thbteam@searcylaw.com
Email: jsx@searcylaw.com; mmccann@searcylaw.com; _scarolateam@searcylaw.com
Email: fgb@searcylaw.com
(Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
JOHN DOE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>Defendants. | CASE NO. 3:25-cv-07597-TLT<br><br>**MOTION OF ROSALYN SIA BAKER-BARNES FOR REMOTE APPEARANCE AT THE HEARING ON DEFENDANTS' MOTION TO TRANSFER AND PLAINTIFF'S MOTION FOR INJUNCTION**<br><br>*Filed concurrently with [Proposed] Order Permitting Remote Appearance*<br><br>Date:   November 4, 2025<br>Time:   2:00 p.m.<br>Judge:  Honorable Trina L. Thompson |

1

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-cv-07597-TLT
Motion of Rosalyn Sia Baker-Barnes for Remote Appearance for November 4, 2025, Hearing

**COMES NOW**, Rosalyn Sia Baker Barnes, counsel for JOHN DOE, Individually and on behalf of all others similarly situated, and respectfully requests this Honorable Court for permission to appear and participate remotely at the November 4, 2025, hearing on Defendants' Motion to Transfer (ECF No. 24) and Plaintiff's Motion for Injunction (ECF No. 7), and as grounds and good cause states as follow:

This case is scheduled to appear before the Court on Defendants' Motion to Transfer and the Plaintiff's Motion for Injunction on November 4, 2025, at 2:00 pm.

Undersigned is scheduled to appear for the above-referenced matter.

Ms. Baker Barnes is the President of the Florida Bar from June 2025 to June 2026. This position requires her to represent the bar statewide, nationwide and internationally. At the time this hearing was set, she already had committed to serve as keynote speaker at events scheduled for November 3, 4, and 5 throughout the state of Florida.  These events are anticipated to host hundreds of judges and members of the bar.

These events were scheduled several months ago, and the hosting and sponsoring entities have advertised them to their respective members.  If permitted to attend virtually, she could still meet her commitments to those entities, as well as attend and argue the Motions before the Court. If not, she would be required to cancel all appearances in order to travel to and from California for the hearing.

Ms. Baker-Barnes' law partner Greg Barnhart and Local Counsel/Co-Counsel Craig Peters will be present in person for the hearing. Their physical presence ensures that the proceedings will be fully supported and that any issues requiring in-person attention will be appropriately handled.

The undersigned will ensure that all necessary requirements and protocols for remote appearance will be followed.

2

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-cv-07597-TLT
Motion of Rosalyn Sia Baker-Barnes for Remote Appearance for November 4, 2025, Hearing

Granting this request will not prejudice any party and will not interfere with the orderly conduct of Court proceedings.

Counsel for Plaintiff has conferred with Defense Counsel, who have indicated that they have no objection to this request.

This Motion is made in good faith and not for the purpose of delay.

**WHEREFORE**, Plaintiff, JOHN DOE, Individually and on behalf of all others similarly situated, respectfully requests this Honorable Court to enter an Order granting Plaintiff's counsel's Motion to Appear Remotely and for such further relief as this Court deems just and proper.

DATED: October 17, 2025

ALTAIR LAW LLP &
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.

By: **/s/ Craig M. Peters**
CRAIG M. PETERS
Attorneys for Plaintiff JOHN DOE

By: **/s/ Rosalyn Sia Baker Barnes**
ROSALYN SIA BAKER BARNES
Attorneys for Plaintiff JOHN DOE

3

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-cv-07597-TLT
Motion of Rosalyn Sia Baker-Barnes for Remote Appearance for November 4, 2025, Hearing