CRAIG M. PETERS, NO. 184018
JEREMY CLOYD, NO. 239991
**ALTAIR LAW LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Phone: (415) 988-9828
Email: cpeters@altairlaw.com; tguedikian@altairlaw.com
Email: jcloyd@altairlaw.com
(*Co-Counsel/Local Counsel*)

ROSALYN SIA BAKER-BARNES (Admitted *Pro Hac Vice*)
THERON HARDEE BASS, III (Admitted *Pro Hac Vice*)
JOHN SCAROLA (Admitted *Pro Hac Vice*)
FORREST GREGORY BARNHART (Admitted *Pro Hac Vice*)
**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY P.A.**
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Email: rsb@searcylaw.com;  _baker-barnesteam@searcylaw.com; eleonard@searcylaw.com
Email: thb@searcylaw.com; thbteam@searcylaw.com
Email: jsx@searcylaw.com; mmccann@searcylaw.com;  _scarolateam@searcylaw.com
Email: fgb@searcylaw.com
(Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
JOHN DOE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>X CORP., (f/k/a Twitter, Inc., d/b/a X), and X.AI CORP., (d/b/a xAI),<br><br>        Defendants. | CASE NO. 3:25-cv-07597-TLT<br><br>**[PROPOSED] ORDER ON MOTION OF ROSALYN SIA BAKER-BARNES FOR REMOTE APPEARANCE AT THE HEARING ON DEFENDANTS' MOTION TO TRANSFER AND PLAINTIFF'S MOTION FOR INJUNCTION**<br><br>*Filed concurrently with Request for Remote Attendance at Hearing*<br><br>Date:   November 4, 2025<br>Time:  2:00 p.m.<br>Judge:  Honorable Trina L. Thompson |

1

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-cv-07597-TLT
[Proposed] Order on Motion of Rosalyn Sia Baker-Barnes for Remote Appearance for November 4, 2025, Hearing

[PROPOSED] ORDER

THIS CAUSE came before the Court on the Motion of Rosalyn Sia Baker-Barnes for Remote Appearance at the Hearing on Defendants' Motion to Transfer and Plaintiff's Motion for Injunction, requesting permission to appear remotely on November 4, 2025.

**ORDERED AND ADJUDGED** that:

The Motion to Appear Remotely is **GRANTED**.

Ms. Baker-Barnes is permitted to appear remotely via (Zoom/telephonic means) for the hearing on November 4, 2025, at 2:00 pm.

The remote appearance shall comply with all applicable court rules and procedures governing remote participation.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Trina L. Thompson
UNITED STATES DISTRICT JUDGE

John Doe, Individually & on behalf of all others similarly situated vs. X CORP. and X.AI CORP.
Case No. 3:25-cv-07597-TLT
[Proposed] Order on Motion of Rosalyn Sia Baker-Barnes for Remote Appearance for November 4, 2025, Hearing